1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
May 20 2025
Clerk, U.S. District Court
Western District of Texas

By: _____*mvm*_____
Deputy

| | | |
|---|---|---|
| **USA** | § § § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: **EP:25-M -02561(1) RFC** |
| **(1) ORLANDO DIEGO-LOPEZ** | § § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 17, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title    **8**    United States Code, Section(s)    **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: **" The DEFENDANT, Orlando DIEGO-Lopez, an alien to the United States and a citizen of Mexico was found approximately .63 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas.  From statements made "**

Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

/s/ PYATT, JASON
Signature of Complainant
Border Patrol Agent

May 20, 2025
File Date

at    EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:05 PM.
FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -02561(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) ORLANDO DIEGO-LOPEZ**

<u>FACTS   (CONTINUED)</u>

by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on June 28, 2023 through Nogales, Az.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

<u>IMMIGRATION HISTORY:</u>

The DEFENDANT has been removed 4 times, the last one being to MEXICO on June 28, 2023, through NOGALES, AZ

<u>CRIMINAL HISTORY:</u>

01/07/2003, Hendry County Clerk of Court LaBelle, FELONY FLEE TO ELUDE/RESIST OFFICER(F), CNV, 1Y/8M CONFINEMENT-CREDIT TIME 210D.
01/07/2003, Hendry County Clerk of Court LaBelle, AGG ASSAULT ON LAW ENFORMENT OFFICER(F), CNV, 1Y/8M CONFINEMENT-CREDIT TIME 210D.
01/07/2003, Hendry County Clerk of Court LaBelle, DRIVING UNDER THE INFLUENCE(M), CNV, 1Y/8M CONFINEMENT-CREDIT TIME 210D.
01/07/2003, Hendry County Clerk of Court LaBelle, NO VALID DRIVERS LICENSE(M), CNV, 3M/7D-CREDIT TIME 97D.
05/20/2004, Palm Beach County Clerk of Court, BATTERY/Touch Or Strike(M), CNV, 2M CONFINEMENT/CREDIT TIME 60D.
12/28/2004, Collier County Clerk of Court Naples, Operate Motor Vehicle Wo Valid License(M), CNV, FINE.
12/28/2004, Collier County Clerk of Court Naples, FALSE ID GIVEN TO LEO(M), CNV, FINE.
07/19/2006, Collier County Clerk of Court Naples, BATTERY ACTUAL INTENTIONAL TOUCH STRIKE(M), CNV, 6M PROB/FINE.
03/27/2007, Collier County Clerk of Court Naples, DUI 2ND OFFENSE(M), CNV, 1Y PROB/ATTEND DWI SCHOOL/FINE.
03/27/2007, Collier County Clerk of Court Naples, FALSE ID GIVEN TO LEO(M), CNV, 1Y PROB.
08/04/2008, 61ST DISTRICT COURT, OPERATING - LICENSE SUSPENDED, REVOKED, DENIED(M), CNV, NOT RECORDED.
03/08/2010, Palm Beach County Clerk of Court, Damage Prop-Crim Misch(M), CNV, 1M/15D CONFINEMENT-CREDIT TIME 22D/COURT COST.
03/08/2010, Palm Beach County Clerk of Court, Missile Into Dwelling Veh Building Or Aircraft(F), CNV, 1M/15D CONFINEMENT-CREDIT TIME 22D/COURT COST.
06/27/2023, Douglas, AZ, 8 USC 1326(F), CNV, Time Served /12 months probation.